UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY FAISON, CRAIG FAISON, KE'OSHA AVERY, and OMAR GARRETT,<br>Plaintiff(s),<br><br>vs.<br><br>CLINTON W. RATLIFF, WAL-MART STORES EAST, LP, and d/b/a Walmart, 7001 Concourse Pkwy., Douglasville, GA,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:19-cv-00814-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action is **DISMISSED with prejudice** for failure to state a claim.

Dated at Atlanta, Georgia, this 2nd day of March, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Barbara D. Boyle
, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 2, 2021
James N. Hatten
Clerk of Court

By:  B. D. Boyle
    Deputy Clerk